UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Statesville Division

TABITHA BOYKIN o/b/o          )
KAREN LYNN DUNKLEY,           )
                              )
              Plaintiff,      )          Civil Action No.: 5:22-cv-00184-GCM
                              )
       v.                     )
                              )
KILOLO KIJAKAZI,              )
Acting Commissioner of Social Security,  )
                              )
              Defendant.      )

## ORDER

This matter is before the Court upon Plaintiff's Motion for Attorney's Fees. Upon consideration of the Parties' STIPULATION it is hereby,

ORDERED that Plaintiff, Tabitha Boykin o/b/o Karen Lynn Dunkley, is awarded attorney fees in the amount of Four Thousand, Two Hundred, and Fifty Dollars and 00/100 Cents ($4,250.00) and costs in the amount of Four Hundred and Two Dollars and 00/100 Cents ($402.00) under 28 U.S.C. § 2412(a), (d) of the EAJA. This award will be paid directly to Plaintiff, Tabith Boykin o/b/o/ Karen Lynn Dunkley, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the stipulated award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the stipulated award in this Order to the extent necessary to satisfy such debt(s).

Signed: November 2, 2023

Graham C. Mullen